```
              IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION

UNITED STATES OF AMERICA       )
                               )
             Plaintiff         )
                               )CRIMINAL ACTION NO. 3:00CR18
                               )
        vs.                    )
                               )
CENTRAL INDUSTRIES, INC.       )
                               )
             Defendant(s)      )
```

**SATISFACTION OF JUDGMENT**

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Mississippi is hereby authorized and empowered to satisfy and cancel said judgment of record.

```
                         DUNN LAMPTON
                         UNITED STATES ATTORNEY


                   BY:   s/PSHON BARRETT
                         PSHON BARRETT
                         Assistant United States Attorney
                         MS Bar Number 2071
Dated: November 17, 2005
```