```
                    IN THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF MISSISSIPPI
                             JACKSON DIVISION


UNITED STATES OF AMERICA         )
                                 )
               Plaintiff         )
                                 )CRIMINAL ACTION NO. 3:00CR18WG
                                 )
          vs.                    )
                                 )
CENTRAL INDUSTRIES               )
                                 )
               Defendant(s)      )
```

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Mississippi is hereby authorized and empowered to satisfy and cancel said judgment of record.


```
                                   DUNN LAMPTON
                                   UNITED STATES ATTORNEY



                          BY:    s/PSHON BARRETT
                                 PSHON BARRETT
                                 Assistant United States Attorney
                                 MS Bar Number 2071
Dated: January 11, 2006
```